IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW CHARRON, on behalf of himself and those similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:17-CV-2047-AT |
| NATIONAL PARKING SOLUTIONS, LLC, *et al.*, | : : : | |
| Defendants. | : : | |

## **ORDER**

This Fair Labor Standards Act matter is before the Court on the parties' Joint Motion for Approval of Settlement [Doc. 21]. The Court has reviewed the current motion and the proposed Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review, the Court finds that the Settlement Agreement constitutes a fair, reasonable, and adequate resolution of this action. Accordingly, the Court **GRANTS** the parties' joint motion [Doc. 21] and **APPROVES** the Settlement Agreement. The case is hereby **DISMISSED**, and any pending motions are **DENIED** as **MOOT**.

**IT IS SO ORDERED** this 27th day of September, 2017.

_____
**Amy Totenberg
United States District Judge**